# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jesus Carmona

Case No. Civil 00-1450 MJD/ESS

v.

**JUDGMENT IN A CIVIL CASE**

Dick Ross, Sheriff

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's application for leave to proceed in forma pauperis be denied; and

2. Petitioner's application for a writ of habeas corpus be dismissed without prejudice.

DATE: November 1, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk