United States District Court
District of Minnesota

Jesus Carmona Civil Action # 00-1450

vs

Dick Ross, ETAL

Application to Re-in-state Case For Exhausting State Remedies.

Application For Writ of Habeas Corpus

Now into Court, comes Jesus Carmona, pursuant to the Stay order given by this court, until petitioner has fully exhausted his Minnesota Remedies, for the following reasons to wit:

1

Petitioner originally filed this petition in June of 2000. In which this court dismissed the action without prejudice, pending exhaustion of State Remedies.

2.

On Feb. 5, 2001, the Assistant District Attorney John Sousen and Sheriff Dick Ross, conspired to violate petitioner's Due Process "Procedural and Substantial" Liberty interest rights, and the Equal Protection of The Laws. Having Petitioner, forcifully hand-cuffed, and secretly transported illegally and without Judicial authority. Crossing sever

SCANNED
SEP 02 2004
U.S. DISTRICT COURT ST. PAUL

State Lines and territories, delivering the petitioner into the unlawful custody of the State of Louisiana, for Racketeering and Slavery purposes only. This transportation was made without Any Legal Judicial Authority, given by any court of Law; nor Legal Judicial warrant ever issued.

3.

On March 13, 2001, The Minnesota State Supreme Court, rejected petitioner's appeal without proper cause or reason given. It can only be assume, that the court rejected petitioner's appeal, because he was no Longer in the custody of the State of Minnesota. As was arbitrarily done by this court, in case # 01-774 (U.S.D.C., Minn)

4.

On April 4, 2001, Petitioner refiled his Writ of Habeas Corpus, informing this court, that his State Remedies was fully exhausted on March 13, 2001. Instead of the petition being filed under the "Original Case filed" in June of 2000. Case # 00-1450; This case was arbitrarily filed under a new docket number # 01-0774. The court entered what is called a "Void Judgment" dismissing petitioner a second time, claiming Lack of Jurisdiction because petitioner is no Longer in the State of Minnesota.

5.

Since, then, petitioner Learned of several United States Court opinions Stating:

"Habeas Corpus petition filed after prior petition is dismissed without Prejudice for failure to exhaust State remedies is not subject to dismissal, but rather is continuation of earlier petition.
McWilliams V. State, 121 F.3d 573 (1997)

6.

Therefore, since this action was originally filed in June of 2000, under the docket number # 00-1450. While petitioner was still in the State of Minnesota. Under the purviews and ambits of Article VI, and the First, Fourth, fifth, Sixth and fourteenth Amendments to The United States Constitution. Petitioner have a protected Due Process "Procedural and Substantial" Liberty interest right and Equal Protection of The Laws, guarantee; to has this court, to full redress the issues presented herein. This court is obligated by Constitution and the ~~laws~~ Laws of The United States, to hear this case, as if petitioner was still in the Custody of The State of Louisiana.

It is generally preferred that a blameless party not be disadvantaged by the procedural errors or neglect of his or her attorney. Harris v. U.S. RR Retirement BD., 198 F.3d 139 (1999). The same principles applied here. Petitioner can not be denied access to this Court, simply because of State Officials illegal Extradition and criminal violations of forcifully removing the petitioner From one State to

another State, to avoid Federal intervention; without the petitioner's will or consent, to do so. This Court Constitutionally retains full Jurisdiction over the petitioner in this matter.

7.

Petitioner incorporates the Facts and Claims, raised in his petition filed under Docket # 01-0774, of this Court; into this petition (See Original Application Filed under Case # 01-0774). And further adds the following claims also to wit:

-a-

On Feb. 5, 2001, John Sausen, Dick Ross and others. Deliberately and knowingly, knew that petitioner had originally filed a federal Writ into court, which was stayed pending exhaustion of his State Court Remedies. Forcifully handcuff the petitioner and had petitioner removed without, and against his will and Consent from the custody of the State of Minnesota, secretly moving and transporting the petitioner; crossing several State lines and Territories, and delivering petitioner into the illegal imprisonment and Slavery, of the State of Louisiana. In contravention of Article VI, the first, fourth, fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution; and in direct violation of 18 U.S.C.A. Sect. 241, 242, 1001 etc; Article I, Sect. 9, par. 2; Article IV, Sect. 2, and the Fourth and fourteenth Amendments to the United States Constitution.

-b-

The Minnesota State Courts, with deliberate indifferences to his Sixth Amendment right to counsel. Forced the petitioner into a "behind Doors" Habeas Corpus hearing, ordering that petitioner shall not be represented by any Attorney. in violation of Article VI, and the First, Sixth and Fourteenth Amendments to the United States Constitution; and in direct violation of Minnesota State Legislative enactment, of right to Court Appoint Attorney. Depriving the Petitioner's Due Process "Procedural and Substantial" Liberty interest rights and Equal Protection of the Laws under the Constitution and Laws of the United States.

-c-

On August 14, 2000, David J. Ten Eyck, Judge; John J. Sausen And David Hermerding, knowingly and should has known, Conspired to deprive the petitioner of his rights to Legal representation, and forced the petitioner into a "Mock" Habeas Corpus hearing, without no legal evidence or Judicial arrest warrant of an accusation or criminal crime being committed or accused against the petitioner. With Dediberate indifference to his (Petitioner's) demand For proof And product of Any Judicial Arrest Warrant.

Therefore, depriving petitioner his first, fourth, fifth, Sixth and fourteenth Amendments to the United States Constitution; Due Process and Equal Protection of the Laws. Violating the Petitioner's right to a Judicial plenary Habeas Corpus hearing and right to Legal prepresentation.

- d -

The Minnesota State Appellate Courts, conspired with David J. Ten Eyck, John Sausen and David Hermerding; to deliberately violating the Constitution and Laws of the United States, condoling their unlawful deliberate practices after the fact, State Laws forbide the Trial Court of conducting illegal Habeas Corpus hearings and Arrests without any scintilla of any Judicial Warrants issue, nor any criminal accusations formerally being made and filed against the Petitioner. The State Appellate Courts of Minnesota, deliberately violated Article VI, and the first, fourth, fifth, Sixth and fourteenth Amendments to the United States Constitution. When the Appellate Courts, contrary to their own State Legislature Laws and The United States Constitution. affirmed the unlawful Judgment of the Trial Court, without any evidence of a State Parole Certificate, nor any type of Judicial Arrest Warrant ever filed or issued against the petitioner. Violating the Petitioner's Due Process "Procedural and Substabitial" Liberty interest Rights and The Equal Protection of the Constitution and Laws of The United States. In direct violation of 18 U.S.C.A. Sect. 241, 242, 1001 and Sect. 2 and 4, inclusively. Also violating the RICO and Anti-terrorist Laws of The United States

Relief Pray For

- 1 -

That, The United States Marshall, shall be ordered to take Full Custody of The Petitioner, immediately, by

Forcifully releasing the petitioner from the Custody of the State of Louisiana; since petitioner extradition to Louisiana is unlawful, and Article VI, of the United State Constitution, authorizes immediate actions taken in this case; and

2.

That All State Justices involve with petitioner's Extradition Case, and other parties involved, be ordered arrested under the RICO and Anti-Terrorist Act, pending Trial for aggravated kidnapping, Slavery, false-imprisonment, conspiracy to violate civil rights, racketeering, and other offenses enumerated under the United States V. Joseph Bannano. Doctrine; and

3.

Enter a declaratory Judgment, enumerating each and every violation found and committed by each and every party involve with the unlawful abduction and illegal transportation to the State of Louisiana, of the Petitioner.

4.

All other prayer for relief, claimed and asked For, in the Petitions filed under the Docket Number 01-0774, in this court is hereby also incorporated herein.

5

Petitioner States and deposes under the penalty of Perjury, that the above statements and Claims are true

and correct to the Best of his Knowledge and Belief.
Executed this 30 Day of August 2004.

Respectfully Submitted by

Jesus Carmona

Jesus Carmona, #105961
Route 1, Box 83-T
Kinder, La. 70648

United States District Court
District of Minnesota

Jesus Carmona
v
Dick Ross

Civil Action
#00-1450

RECEIVED
BY MAIL
SEP 02 2004
CLERK, US DIST. COURT
ST. PAUL, MN

To: Clerk of Court
U.S. Dist. Ct., Minn.
316 North Robert Street
St. Paul, Minn. 55101-1460

Dear Clerk of Court,

Please find enclosed my petition to re-open Case #00-1450, base upon the Judgment of Exhaustion of remedies. This court is authorized to reopen and make a ruling on the petition.

In abundance of caution. Please be advised that petitioner, proved his innocences beyond any reasonable doubt, here in the Louisiana Federal Court. Petitioner is waitting upon its ruling. If this court fails to act before the ruling of the Federal Court of Louisiana. This court ~~and~~ can and will be criminally charged for its condolence of allowing an illegal extradition stand against the petitioner, under the Bannano Doctrine.

and for this court's deliberate treachery and failure to protect a law-abiding United States Citizen, From Kidnapping and Racketeering.

You think the government prison abuse in Iraq., is bad. Wait till the American Citizens find out publicly what this court did to one of its citizens, and how it tried to cover it up by arbitrary denials, unjustified under the United States Constitution and laws.

Therefore, let the record reflect, this court has been put on Notice of possible Racketeering and conspiracy charges, for turning it backs upon the guarantees and protections, owed to petitioner, in this case by this court.

Executed this 30, Day of August, 2004

Respectfully Submitted

Jesus Carmona

Jesus Carmona #105961
Route 1, Box 85-T
Leader, La. 70648

Copy filed with
The News Media

Mr. Jesus Carmona #105961
3751 Lauderdale Woodyard Rd #
Kinder, LA 70648-5908

1960 U.S. POSTAGE PB2213221
3177 $00.60^0 AUG 30 04
7412 MAILED FROM ZIP CODE 70648

RECEIVED
BY MAIL
SEP 02 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
United States District Court
District of Minnesota
316 North Robert Street
St Paul, Minn. 55101-1460

55101+1495 06