RECEIVED
BY MAIL
SEP 23 2004
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
District of Minn.

Jesus Carmona
- vs -
Dick Ross, ETAL

C.A. 00-1450

Date Sept. 18, 2004

F.O.I.A. Request

Dear Clerk of Court

-1-

On August 30, 2004, I mailed you my motion to re-instate my Habeas Corpus Action since I have exhausted my State remedies pursuant to this court's Stay of Writ.

-2-

Please let me know if you got it, and

-3-

Please send me a Docket Master Sheet of this case.

Thank you

Jesus Ca[signature]

Jesus Carmona #105961
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648-5908

SCANNED
OCT 01 2004
U.S. DISTRICT COURT ST. PAUL

Jesus Carmona #105961
3751 Lauderdale Woodyard Rd.
Kinder, LA. 70648-5908.

1030 U.S. POSTAGE PB2213221
3107 $00.370 SEP 20 04
8391 MAILED FROM ZIP CODE 70648

RECEIVED
BY MAIL

SEP 23 2004

CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
U.S. Dist. Court
Dist. of Minn.
316 North Robert Street
St. Paul, Minn.
55101-1460

55101-1495