RECEIVED
BY MAIL
NOV 0 1 2004
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
District of Minnesota

Jesus Carmona C.A. 00-1450

US

Dick Ross, ET AL

Request for F.O.I.A.

Dear Clerk of Court

1.

On Sept. 2, 2004, I submitted a Motion to re-instate This case, which incorporated the Application filed in Case # 01-774, into the Original Petition filed on June 13, 2000.

2.

I am requesting a Judicial reason why this case has not been executed pursuant to 28 U.S.C.A. § 2241. (c)(3) and 2243 et seq.?

3.

Furthermore, it has been Judicially admitted and ruled that the La. State Parole Board is not a State Court, by the U.S. Ct. of App., Fifth Cir. See Carmona v. Andrews, F.3d (5th cir 2003)

4.

Why has not, the United States extradite the

SCANNED
NOV 0 1 2004
U.S. DISTRICT COURT ST. PAUL

Petitioner back to the State of Minnesota, and release him. Since extradition to Louisiana, is unlawful?

5.

Pursuant to Article VI, of the United States Const., This Court is bound to protect petitioner and insure his guarantees of the United States Const., of The First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendment.

Petitioner, respectfully request this Court's immediate attention to the Aggravated kidnapping, and false imprisonment of the petitioner, in direct violation of the United States Criminal Code Title 18, and present this case to the United States Grand Jury.

Respectfully Await your reply

Executed this 25 Day of October, 2004

Jesus Carmona

Jesus Carmona, #105961
Route 1, Box 83-T
Kinder, La. 70648