JAN 19 PM 12:47
U.S. DIST. COURT
DULUTH

United States District Court
District of Minnesota

Jesus Carmona C.A. 00-1450

vs

Dick Ross,

SCANNED
JAN 19 2005
U.S. DISTRICT COURT DULUTH

Motion For Expedited Hearing on Writ of Habeas Corpus filed Sept 2, 2004.

Petitioner motion this court for a Due Process Hearing to Show Cause, why his writ should not be granted.

This court dismissed this case, contrary to 28 U.S.C. § 2241 (c)(3), claiming exhaustion of State Remedies, that Congress did not create.

On March 13, 2001, the Minnesota supreme court rejected petitioner's appeal, contrary to firmly Established Constitutional principals.

Petitioner then refiled his petition in 2001, and instead of this court reopening this case, assigned a new case number 01-774, dismissing and falsely alleging this court lost Jurisdiction because petitioner was unlawfully extradited without an arrest warrant to the State of Minnesota.

This court has committed a gross miscarriage of

Justice. When this court dismissed this case in June of 2000, without prejudice, for failure to exhaust State remedies. This dismissal acts as a stay until said remedies are exhausted.

Once petitioner exhausted his State remedies. and timely refiled the writ. This court has Jurisdiction, no matter where the petitioner is sent.

It is the duty of this court, pursuant to Article VI, of the United States Constitution. to reopen this case immediately, ordering the petitioner "Extradited" back to the State of Minnesota and release. Because, Extradition violated the First, Fourth, Fifth, Sixth and Fourteenth Amendments, of the United States Constitution. The United States Supreme Court has interpreted the Extradition Laws; stating, if no Judicial Arrest Warrant is issued by a State Court. There can be no arrest or Extradition of the petitioner.

The U.S. 5th Cir, has ruled in petitioner's case. That the Parole Board is not a court. Therefore, can not issue arrest warrants. The Justice in the Tenth Judicial District Court, State of La. in 2002, ruled that a parole officer or the Parole Board does not have any athority to authorize warrants or Searches, without a State Court order For such. The Third Cir. Court of App. La. upheld

The Tenth Judicial Court's ruling. State v. Tommy Smith. (3rd cir. La. 2002)

Title 28 U.S.C. § 2241. (c)(3) and 2243, authorizes this court to grant the writ immediately without delays.

Title 28 U.S.C. § 2657, entitle petitioner a speedy hearing in this case.

On May 21, 2000, while home, petitioner was kidnapped and secretly extradited to Louisiana without any felony charges or arrest warrant issued by a State Court.

This petition was originally filed in June of 2000. While he was still in the immediate custody and Control, of Sheriff Dick Ross. Under Case number 00-1450. This court retains full Jurisdiction over petitioner.

PRAYER

Petitioner is entitle to Court Appointed Attorney and an immediate Due Process "Procedural and Substantial" Hearing to show cause for relief and release.

Executed This 14th Day of January 2005.

Respectfully

Jesus Carmona

Jesus Carmona, #105961
Route 1, Box 83-T
Kinder, La. 70648

1860 U.S. POSTAGE PB2213221
3178 $00.37⁰ JAN 14 05
4425 MAILED FROM ZIP CODE 70648

Clerk of Court
U.S. District Court
Dist. of Minn
417 Federal Building
515 W. 1st Street
Duluth, Minn 55802-1397

55802+1302