UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jesus Carmona, | | |
| | Petitioner, | **ORDER** |
| v. | | |
| | | Civil No. 00-1450 (MJD/ESS) |
| Dick Ross, | | |
| | Respondent. | |

Jesus Carmona, pro se Petitioner.

No appearance for Respondent.

On July 13, 2005, this Court issued an Order [Docket No. 19] denying Petitioner's Motion for Reconsideration [Docket No. 18], holding that the Court's prior Order in this case and the similar Order in the related case, Civil Docket Number 01-774 (MJD/ESS), contain no error of law or fact.

After the issuance of the July 13 Order, Plaintiff filed a so-termed "Motion to Vacate Judgment avoid Judgment" [Docket No. 20] on August 1, 2005. This case had already been dismissed, however, and the Court has already denied Plaintiff's Motion for Reconsideration. In light of the above, the Court interprets Petitioner's most recent filing as an additional motion to reconsider under Federal Rule of Civil Procedure 59(e). Because this filing is duplicative of the arguments Petitioner made under his prior motion to reconsider, which the Court has denied, this motion shall be denied as moot.

Again, this case has been dismissed. If Petitioner chooses to appeal this Court's Order, he may do so.

Dated: ___August 12, 2005__              __s/Michael J. Davis_____
                                          Judge Michael J. Davis
                                          United States District Court