United States District Court
District of Minnesota

Jesus Carmona C.A. No: 00-1450

vs

Dick Ross

RECEIVED
BY MAIL
SEP 06 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Notice of Appeal

Notice is hereby given that Jesus Carmona, petitioner in the Above-entitled matter, appeals to the United States Court of Appeals for the Eighth Circuit From the final Judgment entered in this Action on August 12, 2005

Executed this 29 Day of August, 2005

Respectfully Submitted by,

Jesus Carmona

Jesus Carmona, # 105961
Golf-1-B #53
E.H.C.C. P.O. Box 174
St. Gabriel, Louisiana
70776

SCANNED
SEP 06 2005
U.S. DISTRICT COURT ST. PAUL

2

Jesus Carmona, #105961
Golf-1-B #63
E.H.C.C., P.O. Box 174
St. Gabriel, La. 70776

BATON ROUGE

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.37⁰
0004381067 AUG30 2005
MAILED FROM ZIP CODE 70776

RECEIVED
BY MAIL
SEP 0 6 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
United States District Court
District of Minnesota
708 Federal Bldg.
316 North Robert Street
St. Paul, Minn.
55101

55101+1495