AO 240 (Rev. 10/03) DC MODIFIED

# UNITED STATES DISTRICT COURT

Clear Form

## District of Minnesota

Jesus Carmona
Plaintiff

V.

State of Minn, Dick Ross
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

(Notice of Appeal)

RECEIVED SEP 30 2005 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

CASE NUMBER: CV 00-1450 MJD/ESS

I, Jesus Carmona declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Elayn Hunt Corr. Center, St. Gabriel, La. 70776

   Are you employed at the institution? yes Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. MAY 19, 2000 Parker Hannifin Deerwood, Minn.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, in item 7 on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No
   If "Yes," state the total amount(s).

SCANNED SEP 30 2005 U.S. DISTRICT COURT ST. PAUL

Clear Form

AO 240 Reverse (Rev. 10/03) DC MODIFIED

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. List Minor Children below by initials only and complete attached Reference List for those Minors.

N/A

7. Additional information (include source descriptions from item 3):

N/A

I, Jesus Carmona declare, under penalty of perjury, that the above information is true and correct.

9-22-05
Date

Signature of Applicant

## CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I, ______________, certify that the applicant named herein has the sum of $ 0 on account to his/her credit at (name of institution) CHCC. I further certify that the applicant has the following securities to his/her credit: ______________.

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner's account was $ 0, and the average monthly balance in the prisoner's account was $ 0.

9/21/05
DATE

Patricia Doolan
SIGNATURE OF AUTHORIZED OFFICER

Jesus Carmona, 105961
E.H.C.C., P.O. Box 174
St. Gabriel, La. 70776

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.37⁰
02 1A
0004381067 SEP 23 2005
MAILED FROM ZIP CODE 70776

Clerk of Court
United States District Court
District of Minnesota
700 Federal Bldg.
316 North Robert Street
St. Paul, Minnesota
55101

55101+1455