United States District Court
District of Minnesota

Jesus Carmona
versus
Dick Ross

Civil Action No: 00-cv-1450
(MJD/ESS)

To: Clerk of Court
United States District Court
District of Minnesota
708 Federal Building
316 North Robert Street
St. Pual, Minn. 55101

RECEIVED
NOV 04 2005
CLERK U.S. DISTRICT COURT
SCANNED
NOV 07 2005
U.S. DISTRICT COURT ST. PAUL

## Request for Production of Records

Dear Clerk of Court,

Pursuant to 28 U.S.C. Section 2250; I am requesting copies of the entire court records of the above entitled caption case. I had filed a notice of appeal, from the denial of this court's final judgment, dismissing and denying my motion in this case; for which the court in it's denial; stated that I can appeal its' denial to the United States Court of Appeal, for the Eighth Circuit.

In order for me to adequately, effectively and meaningfully, perfect my appeal to the Appellate Court; I need to review the court records and also attach exhibits of the records to the court.

I had filed a notice of appeal, and after this court furnished the petitioner with an application for forma pauperis; petitioner completed the application and mailed it back to this court.

As of date of filing this request; petitioner has not be notified as to the return date for filing his appeal brief.

Pursuant to 28 U.S.C. sect. 2250, I am entitled to free copies of the court records for preparation of my case in court.

Respectfully Submitted by,

Jesus Carmona, # 105961
E.H.C.C., P.O.Box 174
St. Gabriel, Louisiana 70776

executed this 30th day of
October, 2005.

Jesus Carmona, #105861
E.H.C.C., P.O. Box 174
St. Gabriel, La. 70776

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.37⁰
0004381067 OCT 31 2005
MAILED FROM ZIP CODE 70776

RECEIVED
NOV 04 2005
CLERK US DIST COURT
ST. PAUL, MN

Clerk of Court
United States District Court
District of Minnesota
708 Federal Building
316 North Robert Street
St. Paul, Minn
55101

55101+1495