**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jesus Carmona,

Petitioner,

v.

State of Minnesota, Dick Ross,

Respondents.

**ORDER**
Civil File No. 00-1450 (MJD/ESS)

This matter is before the Court on Petitioner Jesus Carmona's ("Petitioner") application to proceed *in forma pauperis* ("IFP") on appeal. [Docket No. 24]. Petitioner's application reveals that in the six-month period immediately preceding the filing of the notice of appeal, Petitioner had no monthly deposits and no money in his account. Id. The Court finds that Petitioner is financially eligible for IFP status. Plaintiff is thus excused from paying the appeals fee of $255.00.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Application to Proceed Without Prepayment of Fees [Docket No. 24] is **GRANTED**.

Dated: December 19, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court Judge