# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 06-1236

00-CV-1450 MJD/ESS

| | | |
|---|---|---|
| Jesus Carmona, | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota. |
| | * | |
| Dick Ross, Sheriff, | * | |
| | * | |
| Appellee. | * | |

Appellant's motion for reconsideration of this court's order of July 14, 2006, denying his petition for rehearing as untimely has been considered by the court and is denied.

(5520-010199)

August 15, 2006

Order entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
AUG 21 2006
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 15, 2006

RECEIVED
2006 AUG 21 AM 9:21
U.S. DIST COURT
MINNEAPOLIS, MN

Mr. Jesus Carmona
ELAYN HUNT CORRECTIONAL CENTER
#105961
P.O. Box 174
St. Gabriel, LA 70776

Re: 06-1236 Jesus Carmona vs. Dick Ross

Dear Mr. Carmona:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Honorable Michael J. Davis, U.S. District Judge
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 00-1450 MJD/ESS