# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
# CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

RECEIVED
AUG 23 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**DATE:** August 18, 2006

RE: 06-1236 Jesus Carmona vs. Dick Ross

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 1 vol.

Transcript:

Deposition:

Sealed:

Exhibits:

Other:

[x] Case closed

[ ] Counsel appointed

[ ] Per your request

[ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 00-1450 MJD/ESS

jjf

SCANNED
AUG 23 2006
U.S. DISTRICT COURT MPLS